UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT,<br><br>   Plaintiff,<br><br>   v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, *et al.*<br><br>   Defendants. | Civ. No. 23-cv-1866-JEB |

**Plaintiff's Opposition to Defendants' Motion to Consolidate**

Defendants ask this Court to consolidate this action with *American Civil Liberties Union, et al., v. Wiedefeld,* No. 17-cv-1598 (TSC) (D.D.C. filed Aug. 9, 2017) (*ACLU* case).

Local Rule 40.5(d) governs motions to consolidate in this District. It states, in full: "Motions to consolidate cases assigned to different judges of this Court shall be heard and determined by the judge to whom the earlier-numbered case is assigned. If the motion is granted, the later-numbered case shall be reassigned in accordance with section (c) of this Rule." LCvR 40.5(d).

This case and the *ACLU* case are assigned to different judges. This is the later-filed case—by six years—and thus the later-numbered case. As a result, the Local Rules provide that this motion should be brought in the *ACLU* case, the earlier-numbered case. LCvR 40.5(d).

Defendants have not moved the Court in the *ACLU* case to consolidate these cases.

This Court should deny Defendants' motion because it is filed in the wrong case and seeks relief from the wrong judge.[1]

Date: October 13, 2023

Respectfully submitted,

/s/ Matthew Strugar
Matthew Strugar (D.C. Bar No. 1010198)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthew@matthewstrugar.com

Vanessa Shakib (D.C. Bar No. 1753580)
Advancing Law for Animals
409 N. Pacific Coast Highway, #267
Redondo Beach, CA 90277
202-996-8389 vshakib@advancinglawforanimals.org

Attorneys for Plaintiff

---

[1] Should this Court be inclined to rule on the merits of Defendants' motion in this case despite the Local Rule providing it should be heard by the judge in which the proceedings will be consolidated, White Coat requests notice and an opportunity to brief the merits of Defendants' motion.