UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WHITE COAT WASTE PROJECT,**<br><br>    Plaintiff,<br><br>        v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** *et al.*,<br><br>    Defendants. | Civil Action No. 23-1866 (JEB) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' [10] Motion to Dismiss is GRANTED IN PART and DENIED IN PART;

2. All claims against Defendant WMATA are DISMISSED WITHOUT PREJUDICE;

3. All claims against Defendant Randy Clarke, except the First Amendment reasonableness and Fifth Amendment vagueness claims regarding Guideline 9, are DISMISSED WITHOUT PREJUDICE; and

4. Defendant Randy Clarke shall file his Answer by January 19, 2024.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: January 5, 2024

1