UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT,<br><br>    Plaintiff,<br><br>        v.<br><br>RANDY CLARKE,<br><br>    Defendant. | Civ. No. 23-cv-1866 |

## [PROPOSED] ORDER

Upon consideration of Plaintiff White Coat Waste Project's Motion for Leave to File Amended Complaint, it is hereby ORDERED that the motion is GRANTED. Plaintiff shall file the Amended Complaint attached as Exhibit A to the Motion for Leave to File Amended Complaint no later than seven days from the date of this Order.

Date: _____          _____
                                             JAMES E. BOASBERG
                                             Chief Judge