UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT,<br><br>   Plaintiff,<br><br>   v.<br><br>RANDY CLARKE,<br><br>   Defendant. | Civ. No. 23-cv-1866 |

**Stipulation of Dismissal**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff White Coat Waste Project and Defendant Randy Clarke stipulate to dismissal of all claims in this action. The parties shall each bear their own fees and costs.

Date:  January 3, 2025         Respectfully submitted,

/s/ Matthew Strugar
Matthew Strugar (D.C. Bar No. 1010198)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthew@matthewstrugar.com

Vanessa Shakib (D.C. Bar No. 1753580)
Advancing Law for Animals
409 N. Pacific Coast Highway, #267
Redondo Beach, CA 90277

202-996-8389
vshakib@advancinglawforanimals.org

Attorneys for Plaintiff

AKIN GUMP STRAUSS HAUER & FELD LLP
By: /s/ Caroline L. Wolverton
Caroline L. Wolverton (D.C. Bar No. 496433)
Anthony T. Pierce
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
cwolverton@akingump.com

Rex Heinke (pro hac vice)
California Appellate Law Group LLP
355 South Grand Ave., Suite 2450
Los Angeles, CA 900
Telephone: (213) 878-0404
rex.heinke@calapplaw.com

Attorneys for Defendant